JS-6

Edward T. Weber, Bar No. 194963
**Law Offices of Edward T. Weber**
17772 Irvine Blvd., Suite 203
Tustin, CA 92780

Telephone: 714-832-8619
Facsimile: 714-832-8592

Attorneys for Plaintiff,
THE 704 GROUP, LLC and
GRYPHON SOLUTIONS, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA G. ZARNEGAR AKA MARINA ZARNAGAR,<br><br>Plaintiff,<br><br>vs.<br><br>THE 704 GROUP, LLC; GRYPHON SOLUTIONS, LLC,<br><br>Defendants. | Case No.: 2:13-cv-6205-PA-AGRx<br><br>**ORDER APPROVING STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Based upon the Stipulation for Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (the "Stipulation") [dkt #___],

IT IS HEREBY ORDERED that the Stipulation is approved; and

IT IS HEREBY ORDERED that the case is dismissed with prejudice.

###

IT IS SO ORDERED.

DATED: 5/2/14

_____
UNITED STATES DISTRICT JUDGE

1